PROB 12B
ED/AR (12/2012)



FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JAN 19 2017

JAMES W. McCORMACK, CLERK
By:_____
                    DEP CLERK

# United States District Court
## for the
## Eastern District of Arkansas

### Request for Modifying the Conditions or Term of Supervision
### With Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

| | | | |
|---|---|---|---|
| Name of Offender: | Ronald Lee Bageant | Case Number: | 0860 4:17CR00001-1 |

Name of Sentencing Judicial Officer:  Honorable Stephen N. Limbaugh, Jr.
United States District Judge
Eastern District of Missouri

Transfer of Jurisdiction          Honorable Billy Roy Wilson
December 28, 2016:                United States District Judge
                                  Eastern District of Arkansas

Original Offense:   Malicious Attempt to Destroy a Building by Means of Fire

Date of Sentence:   February 19, 2013

Original Sentence:  60 months Bureau of Prisons followed by 36 months supervised release

Type of Supervision:  Supervised Release
Date Supervision Commenced:  September 22, 2016
Date Supervision Expires:  September 21, 2019

U. S. Probation Officer:  Bradley A. Anderson
Asst. U.S. Attorney:  John Ray White
Defense Attorney:  Lisa Peters

---

## PETITIONING THE COURT

☐ To extend the term of supervision for _____ year(s), for a total term of _____ years.
☒ To modify the conditions of supervision as follows:

**Beginning the first month of supervised release, payments will be 10 percent per month of the defendant's gross income. The interest requirement is waived.**

## CAUSE

Mr. Bageant has failed to make any restitution payments since the commencement of supervision on September 22, 2016. Mr. Bageant submitted his disability claim shortly thereafter and reports the claim is still pending. Mr. Bageant's family provides food and living accommodations; however, they do not have the financial means to assist with restitution payments. He reports suffering from chronic back pain, degenerative disk disease, high blood pressure, hypoglycemia, a partially paralyzed right leg, chronic obstructive pulmonary disease (COPD), and dental issues. Mr. Bageant reports being under the care of physicians at the Veterans Administration (VA) hospital in Poplar Bluff, Missouri. Records from the VA indicate a history of degenerative arthritis and severe pain in his back, surgical removal of herniated disc material, hyperkinesia, COPD, acid reflux, and hypertension.

Prob 12B        - 2 -        Request for Modifying the
Conditions or Term of Supervision
With Consent of the Offender

Name of Offender: Ronald Lee Bageant        Case Number: 0860 4:17CR00001-1

On January 9, 2017, Mr. Bageant spoke with Assistant Federal Public Defender, Lisa Peters, prior to signing the waiver of hearing to modify conditions. Ms. Peters has no objections to the proposed modification.

Bradley A. Anderson
U.S. Probation Officer

Date: January 10, 2017

John Ray White
Assistant U.S. Attorney

Date: 01/12/17

Approved by:

Supervising U.S. Probation Officer

---

This form is to be filed with Criminal Docketing as a motion.

---

THE COURT ORDERS:

☐ No Action
☐ The Extension of Supervision as Noted Above
☒ The Modification of Conditions as Noted Above
☐ Other

Honorable Billy Roy Wilson
United States District Judge

Date: 01-19-2017

c: Assistant U.S. Attorney John Ray White

PROB 49
(3/89)

# United States District Court

## Eastern District of Arkansas

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

    I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

    I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

Beginning the first month of supervised release, payments will be 10 percent per month of the defendant's monthly gross income. The interest requirement is waived.

Witness _____  Signed _____
            (U.S. Probation Officer)                                       (Probationer or Supervised Releasee)

1/9/2017
(Date)

_____
Defense Attorney